**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11    Andrew Springer,                                No. C 09-2283 JL

12              Plaintiff,

13        v.                                          ORDER OF DISMISSAL

14    Khan Petroleum Inc.,

15              Defendants.
      _____/
16

17        The parties hereto, by their counsel, having advised the court that they have agreed

18    to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be

19    dismissed with prejudice; provided, however that if any party hereto shall certify to this

20    court, within ninety days, with proof of service thereof, that the agreed consideration for

21    said settlement has not been delivered over, the foregoing order shall stand vacated and

22    this cause shall forthwith be restored to the calendar to be set for trial.

23    DATED: November 24, 2009

24                                      _____

25                                              James Larson
                                          United States Magistrate Judge
26

27

28